UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID ARRIGHI, individually and
on behalf of his minor child,
HUNTER ARRIGHI

VERSUS

CELEBRATION STATION PROPERTIES,
INC., CENTURY SURETY COMPANY,
BILL BARBER, AND MARIEL ST. MARTIN

CIVIL ACTION

NO. 07-545-JVP-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 10, 2008 (doc. 44). Defendant has filed an objection (doc. 45) and plaintiff has filed a response to the objection (doc. 46) which merely restate legal argument and do not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's supplemental motion for leave to file plaintiff's first supplemental and amending complaint (doc. 41) is hereby **GRANTED** and this

matter is **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, September 30, 2008.

*[signature]*
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA